UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IRENE GILLISPIE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:14-CV-585-RLW |
| TWIN CITY FIRE INSURANCE COMPANY, | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant's Motion for Summary Judgment (ECF No. 15) is **GRANTED**, and Plaintiff's claims are dismissed.

Dated this 23rd day of June, 2015.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE